UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IB ELECTRIC INC., <br>                 Plaintiff, <br> v. <br><br> CUMMINS INC., <br>                 Defendant. <br> _____/ | Case No. 23-11190 <br><br> Sean F. Cox <br> Chief United States District Judge <br><br> Curtis Ivy, Jr. <br> United States Magistrate Judge |

**ORDER DIRECTING DENNIS HARRIS TO CURE DEFICIENCIES**

It does not appear that Plaintiff's counsel of record, Dennis Harris, is admitted to practice in the Eastern District of Michigan, nor does he have e-filing privileges in this District. His contact information on CM/ECF is incorrect, listing him as an attorney for a law firm he is not employed by. Dennis Harris must cure these deficiencies **within 30 days** of this Order or he will be terminated as counsel.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in

effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: September 30, 2024    s/Curtis Ivy, Jr.
                            Curtis Ivy, Jr.
                            United States Magistrate Judge